**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2599

BILLY EARL SMITH, JR., a/k/a Johnathan David
Smith,

Plaintiff - Appellant,

versus

WILLIAM BYRD PRESS,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-98-169)

Submitted:  February 2, 1999      Decided:  February 17, 1999

Before MOTZ and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Billy Earl Smith, Jr., Appellant Pro Se.  Daryl Eugene Webb, Jr., Kimberly W. Daniel, MAYS & VALENTINE, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Billy Earl Smith appeals the district court's order dismissing his civil action in which he alleged discriminatory treatment, defamation, and invasion of privacy. Our review of the record discloses that Smith failed to allege a federal cause of action and that the district court did not have jurisdiction to consider Smith's potential state law claims. See 28 U.S.C. § 1331 (1994); 28 U.S.C.A. § 1332 (West 1993 & Supp. 1998).

Accordingly, we affirm the district court's order. We deny Smith's "Motion for Additional Information," his "Motion of Explanation of Plaintiff's Oral Argument of Transcript as Attachment of Appeal and Informal Brief, etc.," and his "Motion to Clerk's Office Involving Case." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED